## CONCLUSION

For the reasons set forth above, the determination of the Board is *affirmed.*

## COSTS

*No costs.*

## Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Lisa R. ARNOLD, Petitioner,**

v.

**FEDERAL DEPOSIT INSURANCE CORPORATION, Respondent.**

**No. 2007–3304.**

United States Court of Appeals, Federal Circuit.

May 12, 2008.

Larry E. Jarrett, Law Office of Larry E. Jarrett, of Richardson, Texas, for petitioner.

Ellen M. Lynch, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent. With her on the brief were Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director.

MICHEL, Chief Judge, CLEVENGER, Senior Circuit Judge, GAJARSA, Circuit Judge.

**William D. SMITH, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

**No. 2008–3037.**

United States Court of Appeals, Federal Circuit.

May 13, 2008.

